In the Matter of the Petition of JOHN M. RANKEN et al., Appellants, for the Removal of MICHAEL DONOVAN et al., as Executors of and Trustees under the Will of BESSIE C. DONOVAN, Deceased, Respondents.

*Matter of Ranken*, 101 App. Div. 189, affirmed.
(Argued May 29, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1905, which reversed an order of the Kings County Surrogate's Court requiring the executors and trustees under the will of Bessie C. Donovan, deceased, to account and directed a dismissal of the proceeding.

*Jesse W. Johnson* for appellants.

*George G. Reynolds* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.